## (April 8, 1965)

■ NORMA BRILL v. SAMUEL JACOBSON.— Determination of motion held in abeyance pending receipt from appellant of an attorney's certificate setting forth the merits of the appeal pursuant to CPLR 1101 (subd. [b]) and pending receipt from appellant of an affidavit setting forth the reasons for the delay in making this application. Concur — Botein, P. J., Rabin, Valente, Eager and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JULIO CHABRIER.— Motion to dismiss appeal granted. Under section 517 of the Code of Criminal Procedure an appeal from an order denying motion to withdraw a plea, after sentence has been passed, does not lie to this court. Concur — Botein, P. J., Rabin, Valente, Eager and Bastow, JJ.

■ CHARLES LIEBOWITZ v. HENRY TOOMER.— Motion to dismiss appeal denied without prejudice. It does not appear that the attorneys who are moving to dismiss the appeal have any standing. Apparently, they do not appear for any person who is now a party. On the other hand, it does not appear from the papers submitted that the order which was appealed from was rendered on notice to proper parties; nor does it appear that the notice of appeal therefrom was served upon a proper party. Concur — Botein, P. J., Rabin, Valente, Eager and Bastow, JJ.